```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF RHODE ISLAND
```

| | |
|---|---|
| STEPHEN R. MATTATALL,        ) | |
|       ) | |
|     Petitioner,   ) | |
|       ) | |
|   v.            ) | C.A. No. 17-468-WES |
|       ) | |
| ASHBEL T. WALL,          ) | |
|       ) | |
|     Respondent.   ) | |
|       ) | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On February 22, 2019, the Court entered a final order dismissing Petitioner Stephen R. Mattatall's petition for a writ of habeas corpus under 28 U.S.C. § 2241, and the First Circuit Court of Appeals now requests that a Certificate of Appealability either be issued or denied by this Court.

This Court hereby finds that this case is <u>not</u> appropriate for the issuance of a Certificate of Appealability because Mattatall has failed to make a substantial showing of the denial of a constitutional right as to any claim, as required by 28 U.S.C. § 2253(c)(2). In addition, Mattatall has not demonstrated that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

*/s/ WESmith*

William E. Smith
Chief Judge
Date: May 9, 2019